AO 470 (8/85) Order of Temporary Detention

# United States District Court

FOR THE _____ DISTRICT OF ___ COLUMBIA

FILED
MAY 11 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

_Stacy C. Curtis_
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 05-2761M-01

Upon motion of the ___ UNITED STATES GOVERNMENT ___, it is ORDERED that a detention hearing is set for __ 5-25-05 __ * at __ 9:30 AM __
            Date                        Time

before ___ MAGISTRATE JUDGE ALAN KAY ___
           Name of Judicial Officer

__ United States District Court for the District of Columbia __
           Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (_____

_____) and produced for the hearing.
           Other Custodial Official

Date: 5-11-05                                           _____
                                                          Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.