UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 05-0276M-01 (CR) |
| **STACY C. BROWN,** | : | VIOLATION:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 22 D.C.C. §2601(a)(2) |
| | : | (Escape From an Officer) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about May 10, 2005, within the District of Columbia, **STACY C. BROWN**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C. Superior Court Criminal Case No. F6702-79 and F6615-79, did unlawfully and knowingly receive and possess a firearm, that is, a Imez .380 caliber semi-automatic pistol, and did unlawfully and knowingly receive and possess ammunition, that is, .380 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about May 10, 2005, within the District of Columbia, **STACY C. BROWN**, did knowingly escape from the lawful custody of an officer and employee of the District of Columbia or of the United States.

(**Escape From an Officer**, in violation of Title 22, District of Columbia Code, Section 2601(a)(2))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia