UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-227 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **STACY BROWN** | : | |
| | : | |
| | : | |
| **Defendant.** | | |

**NOTICE OF ASSIGNMENT AND SUBSTITUTION OF COUNSEL**

    The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant United States Attorney, Amy Jeffress. This is a notice that Assistant United States Attorney, Steven B. Wasserman, Bar Number 453251, telephone number (202) 307-0031, is entering appearance as substitute counsel in this same matter on behalf of the United States.

    Respectfully submitted,

    KENNETH L. WAINSTEIN
    United States Attorney

    _____
    ASSISTANT UNITED STATES ATTORNEY
    STEVEN B. WASSERMAN
    Bar No. 453-251
    555 4th Street, N.W., Room 4114
    Washington, DC 20530
    (202) 307-0031

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 19th day of May, 2005, a copy of the foregoing Notice of Assignment and Substitution of Counsel was electronically mailed to counsel for the defendant, Tony Miles at tony_miles@fd.org.

_____
STEVEN B. WASSERMAN
Assistant United States Attorney