UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 05-227 (RBW) |
| **Plaintiff,** | : | |
| v. | : | |
| **STACY C. BROWN,** | : | |
| **Defendant.** | : | |
| _____ | : | |

## **ORDER**

After consideration of the written motion of the Government, and response by the defendant, the Court finds that pursuant to 18 U.S.C. § 3161(h)(8)(A), that the interests and ends of justice are best served and outweigh the interests of the public and the defendant in a speedy trial, and accordingly it is this _____ day of _____, 2005, hereby,

ORDERED, that pursuant to the provisions of the Speedy Trial Act of 1974, 18 U.S.C. Section 3161, the time from July 22, 2005 to July 28, 2005 shall be excluded in computing the date for speedy trial in this case.

_____      _____
DATE                                                                 REGGIE B. WALTON
                                                                           U.S. DISTRICT COURT JUDGE