CO-526
(12/86)

FILED
AUG 3 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
)
vs. ) Criminal No. 05-227 (RBW)
)
Stacy C. Brown )
)

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Stacy C Brown_
Defendant

_Tony W. Mi___
Counsel for defendant

I consent:

_[signature]_
United States Attorney

Approved:

_Reggie B. Walton_
Judge