UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA



FILED

AUG 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 05-227 (RBW) |
| Plaintiff, | : | |
| v. | : | |
| STACY C. BROWN, | : | |
| Defendant. | : | |

## GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I.   ELEMENTS OF THE OFFENSES:

    A.   The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g) are:

        i.   That the defendant knowingly possessed a firearm;

        ii.   That the firearm had been shipped or transported from one state to another; and

        iii.   That, at the time the defendant possessed the handgun, the defendant had been convicted of a felony, that is, Burglary in the First Degree, Rape, and Assault with Intent to Rob.

II.  COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement, not yet executed by the defendant, is attached.

III. PENALTIES:

A.  Pursuant to 18 United States Code § 924(a)(2), the crime of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year carries a maximum sentence of 10 years imprisonment, a $250,000 fine and up to three years of supervised release.

IV. FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would establish the following beyond a reasonable doubt:

On May 10, 2005, at approximately 5:43 pm, officers from the Metropolitan Police Department (MPD) responded to the area of 9th and L Streets, NE, Washington, DC based upon a lookout for a subject dressed in black armed with a handgun. Upon arriving in the area, Officer Cummings observed a black male, later identified as the defendant, Stacy Brown, sitting in an older model Ford Mustang, who matched the lookout description. Upon approaching the vehicle, Officer Cummings observed that the defendant was the only occupant of the vehicle, and that he was seated in the driver's seat. Ofc. Cummings advised the defendant of why he was stopping him and asked the defendant if he had been arguing with anyone. The defendant then advised that he had been arguing "with these knuckleheads around here."

Ofc. Cummings asked the defendant to exit the vehicle, and as the defendant exited the driver's seat Ofc. Cummings observed a black handled B-West .380 caliber handgun located in the center console. The defendant was placed under arrest. A records check was conducted on

2

the tags to the vehicle, which revealed that the tags were stolen. Upon hearing the results of the records check, the defendant spontaneously stated that the gun was his, but that he had nothing to do with the vehicle. During transport, the defendant spontaneously stated that he had to carry the gun, "because those boys were trying to kill him." When the transport vehicle stopped at 4th and East Capitol Street, NE, the defendant escaped from the transport vehicle, but was re-apprehended a short distance away after a brief struggle. The defendant then stated, "I have been smoking PCP all week, why else would I be waving a gun at people unless I was high." The gun was loaded with 6 rounds of .380 caliber ammunition. In addition, a search of the defendant recovered one additional round of .380 caliber ammunition.

The defendant knowingly and intentionally possessed the firearm and ammunition described in this proffer. The defendant admits that the firearm was operable, and that it had traveled from another state into the District Columbia. Furthermore, at the time he committed the offenses described above, the defendant had 1981 convictions for Burglary in the First Degree and Rape in case F-6702-79, and Assault with Intent to Commit Robbery in case F-6615-79, all in the Superior Court for the District of Columbia.

Respectfully submitted,
KENNETH L. WAINSTEIN
United States Attorney

STEVEN B. WASSERMAN
Assistant United States Attorney
Organized Crime and Narcotics Section
555 4th Street, N.W.  Room #4114
Washington, DC 20530
(202) 307-0031; Fax: 514-8707

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by facsimile upon the attorney for the defendant, Tony Miles, at 202-208-7515, this 26th day of July 2005.

_/s/ Steven Wasserman_
Steven Wasserman
Assistant United States Attorney