YC 58

# Superior Court of the District of Columbia

CRIMINAL DIVISION

## JUDGMENT AND COMMITMENT ORDER

UNITED STATES OF AMERICA

vs

STACY C. BROWN

Case Number  F6702-79BK

PDID Number  292-413

WHEREAS the above-named defendant having entered a plea of  ☐ Not Guilty  ☑ Guilty

to the charge(s) of  (B) Burglary I
(R) RAPE

and having been found guilty by  ☐ Jury  ☑ the Court

and a pre-sentence investigation and report having been  ☑ prepared and considered  ☐ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his own behalf, and the government having had the opportunity to reply thereto, it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

Ct "B" (10) Ten years to (30) Thirty years
Ct "R" (12) Twelve years to (36) Thirty six years
Sentences to run concurrent with each other.
Court recommends Federal designation for Treatment of
his emotional problems.

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the United States Marshal and that the copy shall serve as the commitment of the defendant.

A TRUE COPY
TEST: MAY 13 2005

March 19, 1981
Date

Clerk Superior Court of the District of Columbia
By: _____
Deputy Clerk

Carlisle E. Pratt
Judge

A TRUE COPY OF THIS ORDER DELIVERED TO THE U.S. MARSHAL OR HIS DEPUTY:

March 19, 1981
Date

Donald Roddy
Deputy Clerk

Form CD(18)-1039/Nov. 80
Previous editions (CD-46) may be used.

White — Court Jacket
Canary — Jail
Pink — Prosecutor
Goldenrod — Defense Counsel

81—P5544

YC88

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

### JUDGMENT AND COMMITMENT ORDER

UNITED STATES OF AMERICA

vs

STACEY C. BROWN

Case Number F-6615-79 "D"

PDID Number 292-413

WHEREAS the above-named defendant having entered a plea of ☐ Not Guilty ☐ Guilty

to the charge(s) of "D" ASSAULT WITH INTENT TO COMMIT ROBBERY

and having been found guilty by ☐ Jury ☑ the Court

and a pre-sentence investigation and report having been ☑ prepared and considered ☐ not requested

IT IS HEREBY ADJUDGED that the defendant has been convicted of and is guilty of the offense(s) charged.

The defendant having been given an opportunity to make a statement in his own behalf, and the government having had the opportunity to reply thereto, it is hereby

ORDERED that the defendant be committed to the custody of the Attorney General or his authorized representative for imprisonment for a period of

(4) four years to (15) fifteen years Consecutive. Court recommends a federal designation for treatment of his emotional problems

IT IS FURTHER ORDERED that the Clerk or his Deputy deliver a true copy of this order to the United States Marshal and that the copy shall serve as the commitment of the defendant.

March 19, 1981                             Carlisle E. Pratt
Date                                        Judge

A TRUE COPY
TEST: MAY 1-3 2005
Clerk, Superior Court of the District of Columbia
By: _____
Deputy Clerk

A TRUE COPY OF THIS ORDER DELIVERED TO THE U.S. MARSHAL OR HIS DEPUTY:

March 19, 1981                             Paul Roddy
Date                                        Deputy Clerk

Form CD(1a)-1039/Nov 80          White — Court Jacket    Pink — Prosecutor
Previous editions (CD-46) may be used.    Canary — Jail    Goldenrod — Defense Counsel    81—F5544