## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-227-01</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| BROWN, Stacy C. | : | Disclosure Date: <u>September 20, 2005</u> |

JAN 4 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further
acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_____      _____

**Prosecuting Attorney**             **Date**

### For the Defendant

(CHECK APPROPRIATE BOX)

( ✓ )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

*Stacy Brown*           *Tony W. M* 10/5/05

**Defendant**        **Date**           **Defense Counsel**      **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material
inaccuracies or disputes in writing by **October 4, 2005**, to U.S. Probation Officer **Deborah
Stevens-Panzer**, telephone number **(202) 565-1422**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the
Attorney for the Government and the Defense Counsel to provide each other with a copy of
the objections at the same time the objections are filed with the probation office.

## FOR THE COURT

By:    Richard A. Houck, Jr., Chief
       United States Probation Officer

**Receipt and Acknowledgment**                                    Page 2

    The conviction listed in paragraph 28 was treated as related to the conviction listed in paragraph 27 in error.  The arrest date listed for the conviction in paragraph 28 is one day after the arrest date for the conviction listed in paragraph 27.  Accordingly, the conviction in paragraph 28 should be counted as a separate offense under USSG section 4A1.1(a).

    Furthermore, even if the arrest dates for these convictions are the same, treating these convictions as related underrepresents the seriousness of the defendant's criminal history.  See Application Note 3, USSG 4A1.2.

    Therefore, the defendant's base offense level under USSG 2K2.1(a)(2) should be 24, and his criminal history points should total 10, placing the defendant in criminal history category V.

Signed by: _Steven Wasserman / AUSA_

**(Defendant/Defense Attorney/AUSA)**

Date: _9-23-05_



U.S. Department of Justice
United States Attorney
District of Columbia

# FAX

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

To: Kathie McGill

Fax: 273-0242

Date: 9-23-05

Re: Screen & Warren

Page(s): 5   including cover

From: Elisa Poteat

Phone: 514-7067

COMMENTS: